**Petition for Writ of Mandamus Denied and Memorandum Opinion filed April 9, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00233-CV

---

### IN RE AGAR CORPORATION, INC., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-20480**

---

## MEMORANDUM OPINION

On Tuesday, March 17, 2015, relator Agar Corporation, Inc. filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Mike D. Miller, presiding judge of the 11th District Court of Harris County, to vacate the trial court's order denying relator's Motion to Abate

and to issue an order abating the underlying case until the appeal in a severed case has been exhausted.

Relator has not satisfied its burden to demonstrate its entitlement to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We also deny relator's Motion for Temporary Stay of Trial Court's Order Setting Trial for April 20, 2015 Docket.

PER CURIAM

Panel consists of Justices Christopher, Donovan, and Wise.